# MINUTES

FILED IN THE<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF HAWAII<br>
<br>
01/29/2007  4:30 pm<br>
<br>
SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00180DAE |
| CASE NAME: | USA v. Duane Bernard Souza |
| ATTYS FOR PLA: | Ronald Johnson |
| ATTYS FOR DEFT: | Pamela Byrne for Alexander Silvert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 01/29/2007 | TIME: | 10:35 - 10:35<br>3:07 - 3:21 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not be Revoked - deft present in custody.  Probation Officer Fituina Tua present.  Defendant's Oral Request to Represent Himself will be heard this afternoon @ 3 p.m.

3:07 p.m.:
Further Hearing on Order to Show Cause Why Supervised Release Should Not be Revoked - deft present in custody.  Probation Officer Fituina Tua present.  Defendant advised of his right to counsel.  Defendant agreed to have the Federal Public Defender appointed as counsel.  Further Hearing on Order to Show Cause Why Supervised Release Should Not be Revoked is continued to 1/30/2007 @ 3 p.m. before Magistrate Judge Barry M. Kurren.

Defendant remanded to the custody of the U.S. Marshal.

Submitted by Richlyn W. Young, courtroom manager