# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/30/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 02-00180DAE

CASE NAME:        USA v. Duane Bernard Souza

ATTYS FOR PLA:    Ronald Johnson

ATTYS FOR DEFT:   Alexander Silvert

INTERPRETER:

JUDGE:   Barry M. Kurren         REPORTER:   C6F

DATE:    01/30/2007              TIME:       3:06 - 3:07

COURT ACTION:  EP: Further Hearing on Order to Show Cause Why Supervised Release Should Not be Revoked - deft present in custody.  Probation Office Fituina Tua present.

Deft sworn to Financial Affidavit.
Oral M/Court Appt Atty GRANTED.
Defendant admits to violating terms of Supervised Release.
Further Order to Show Cause set for 2/1/2007 @ 9:45 a.m. before DAE.
Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager