AO 245D    (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

# United States District Court
## District of Hawaii



FEB 06 2007
at 11 o'clock and 30 min A M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **DUANE BERNARD SOUZA** | Criminal Number: 1:03CR00180-001 |
| (Defendant's Name) | USM Number: 88130-022 |
| | ALEXANDER SILVERT, FAFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✔]    admitted guilt to violation of condition(s)   18 U.S.C. §3583(g)(3), Special Condition No. 1; General Condition; and Standard Condition Nos. 3 and 9   of the term of supervision.

[ ]    was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

    The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    **6297**

Defendant's Residence Address:
**Honolulu, HI 96813**

Defendant's Mailing Address:
**Honolulu, HI 96813**

FEBRUARY 1, 2007
Date of Imposition of Sentence

/s/ David Alan Ezra
Signature of Judicial Officer

**DAVID ALAN EZRA**, United States District Judge
Name & Title of Judicial Officer

FEB 0 5 2007
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| CASE NUMBER: | 1:03CR00180-001 | Judgment - Page 2 of 3 |
|---|---|---|
| DEFENDANT: | DUANE BERNARD SOUZA | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Urine Specimens collected tested positive for methamphetamine | 9/11/06 and 12/11/06 |
| 2 | Defendant refused to comply with drug testing at Freedom Recovery Services, Inc. | 1/15/07 |
| 3 | Defendant admitted associating with and having contact with Mona Hiiaka Huihui, a convicted felon | 11/1/06, 11/7/06, and 12/18/06 |

AO 245B  (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:03CR00180-001 | Judgment - Page 3 of 3 |
| DEFENDANT: DUANE BERNARD SOUZA | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>18 MONTHS</u>

This term consists of EIGHTEEN(18) MONTHS, as to each of Counts 1 and 2, with all such terms to run concurrently.

[✔]  The court makes the following recommendations to the Bureau of Prisons:
FDC Honolulu.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal