# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/01/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 02-00180-001

CASE NAME:        USA v. Duane Bernard Souza

ATTYS FOR PLA:    Ron Johnson

ATTYS FOR DEFT:   Alexander Silvert

USPO:             Futuina Tua

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 02/01/2007 | TIME: | 9:45am-10:00am |

COURT ACTION: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant present, in custody.

Defendant admits to all violations.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE:

Imprisonment:    18 MONTHS, as to each of Counts 1 and 2, with all such terms to run concurrently

Supervised Release:    NONE IMPOSED

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager